1  COOLEY LLP
   ALI M. M. MOJDEHI (123846)
2  (AMOJDEHI@COOLEY.COM)
   JANET DEAN GERTZ (231172)
3  (JGERTZ@COOLEY.COM)
   ALLISON M. REGO (272840)
4  (AREGO@COOLEY.COM)
   4401 Eastgate Mall
5  San Diego, CA  92121
   Telephone:  (858) 550-6000
6  Facsimile:   (858) 550-6420

7  Attorneys for Plaintiff
   Immigration Judge A. Ashley Tabaddor
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                      **WESTERN DIVISION**

| | | |
|---|---|---|
| AFSANEH ASHLEY TABADDOR, | ) ) ) | Case No.  CV 14-6309-GW(CWx) |
| Plaintiff, | ) ) ) | **ORDER RE BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO DISMISS (DOC. 33)** |
| v. | ) ) | |
| ERIC H. HOLDER, JR., et al., | ) ) | |
| Defendants. | ) ) ) ) ) ) | |

Upon the stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Court ordered briefing schedule (Doc. 30) on Defendants' Motion to Dismiss (Doc. 33) is modified as follows:

1. Plaintiff's brief in opposition to Defendants' Motion to Dismiss shall be filed on or before February 23, 2015;

2. The non-parties' applications for leave to file amicus briefs, to which the proposed briefs will be attached as exhibits, shall be filed on or before February 23, 2015;

3. Defendants' reply in support of their Motion to Dismiss shall be filed on or before April 1, 2015;

4. If the Court grants leave to file either or both of the amicus briefs, Defendants' reply brief may be up to **25 pages** in length;

5. The hearing on Defendants' Motion to Dismiss is scheduled for April 23, 2015 at 8:30 a.m.

Dated: February 10, 2015    _____
GEORGE H. WU
United States District Judge