UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANEH ASHLEY TABADDOR,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, United States Department of Justice; JEFFREY A. ROSENBLUM; General Counsel, Executive Office for Immigration Review; THOMAS Y.K. FONG, Assistant Chief Immigration Judge, Executive Office for Immigration Review; MARLENE M. WAHOWIAK, Associate General Counsel, Office of the General Counsel, Executive Office for Immigration Review; UNITED STATES DEPARTMENT OF JUSTICE; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF THE GENERAL COUNSEL, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; OFFICE OF THE CHIEF IMMIGRATION JUDGE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendants. | Case No. CV 14-6309-GW(CWx)<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Date:   April 23, 2015<br>Time:   8:30 a.m.<br>Place:   Courtroom of the Honorable George Wu |

Upon application of proposed Amici Curiae Arab American Lawyers Association of Southern California, Asian Americans Advancing Justice, Asian Pacific American Bar Association of Los Angeles County, Asian Pacific American Women Lawyers Alliance, The Iranian American Bar Association, Korean American Bar Association of Southern California, Mexican American Bar Association of Los Angeles County, National Asian Pacific American Bar Association, Philippine American Bar Association, South Asian Bar Association of Northern California, South Asian Bar Association of Southern California, Southern California Chinese Lawyers Association, and Thai American Bar Association ("Amici") and good cause appearing,

IT IS HEREBY ORDERED that Amici may file a brief of Amicus Curiae in connection with the motion of the Defendants herein to dismiss the First Amended Complaint.

Dated: February 25, 2015

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE