COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET DEAN GERTZ (231172)
(JGERTZ@COOLEY.COM)
ALLISON M. REGO (272840)
(AREGO@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Plaintiff
Immigration Judge A. Ashley Tabaddor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANEH ASHLEY TABADDOR,<br><br>  Plaintiff,<br><br>  v.<br><br>LORETTA E. LYNCH, Attorney General of the United States, United States Department of Justice,<br><br>  Defendant. | Case No.  2:14-cv-06309-GW-CW<br><br>**REQUEST FOR PARTICIPATION OF UNION REPRESENTATIVE AT SETTLEMENT CONFERENCE**<br><br>Date: July 8, 2015<br>Time: 10:00 a.m.<br>Courtroom: 6A<br>Judge: Hon. Jay C. Gandhi |

**TO THE HONORABLE JAY C. GANDHI, UNITED STATES MAGISTRATE JUDGE, THE DEFENDANT AND COUNSEL OF RECORD, AND OTHER INTERESTED PARTIES:**

A settlement conference in the above-captioned case is set before the Hon. Jay C. Gandhi on July 8, 2015. [*See* Doc. 54 ("Settlement Conference Order").] The Settlement Conference Order requires the attendance of the parties and their lead trial counsel. By way of this filing, Plaintiff, Immigration Judge A. Ashley Tabaddor, is requesting the attendance of a union representative from the National

Association of Immigration Judges ("Union").  Judge Tabaddor's underlying claims are for unlawful discrimination and unlawful retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* which relate to the terms, conditions and privileges of Judge Tabaddor's employment and in this case, implicate matters of interest to the Union and its broader constituency.  The Union stands ready to have a representative available for attendance at the settlement conference and as well, to adhere by the confidentiality provisions set forth in the Settlement Conference Order.[1]

Respectfully submitted,

Dated: June 18, 2015          COOLEY LLP


/s/ Ali M.M. Mojdehi
Ali M. M. Mojdehi (123846)

Attorneys for Plaintiff
Immigration Judge A. Ashley Tabaddor

---

[1] Plaintiff has advised Defendant of the request for participation in the settlement conference by a representative of the Union.  On a separate matter, Plaintiff has also advised Defendant of the need for Defendant to produce documents before the settlement conference and is hopeful Defendant will timely produce.