JS-6

COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET DEAN GERTZ (231172)
(JGERTZ@COOLEY.COM)
ALLISON M. REGO (272840)
(AREGO@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Plaintiff
Immigration Judge A. Ashley Tabaddor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANEH ASHLEY TABADDOR, | Case No.  CV 14-6309-GW(CWx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| LORETTA E. LYNCH, Attorney General of the United States, United States Department of Justice, | |
| Defendant. | |

Pursuant to the terms of the parties' settlement agreement, which are not incorporated herein, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Afsaneh Ashley Tabaddor and Defendant Loretta E. Lynch, Attorney General of the United States, United States Department of Justice, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

Dated: November 3, 2015   COOLEY LLP

/s/ *Ali M.M. Mojdehi*
Ali M. M. Mojdehi

Attorneys for Plaintiff

Dated: November 3, 2015   U.S. DEPARTMENT OF JUSTICE

/s/ *Kathryn C. Davis*
Kathryn C. Davis (D.C. Bar No. 985055)

Attorney for Defendant

IT IS SO ORDERED.

Dated: November 5, 2015

_____
GEORGE H. WU
United States District Judge